STORMVILLE MOUNTAIN HOMES, INC., Respondent, v. CHARLES S. ZURHORST et al., Defendants. SUSAN M. ZURHORST, as Successor in Interest to Defendant Lost Village Operations, Inc., Appellant.—

Christ,
P. J., Hopkins, Munder, Latham and Kleinfeld, JJ., concur.